# ELECTRONIC RECORD

COA # 03-12-00774-CR  OFFENSE: 1.01

STYLE: Benito Elizondo-Vasquez v. The State of Texas  COUNTY: Bell

COA DISPOSITION: AFFIRMED  TRIAL COURT: 426th District Court

DATE: 08/20/14  Publish: NO  TC CASE #: 66931

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Benito Elizondo-Vasquez v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: _____02/04/2015_____

JUDGE: _____Per Curiam_____

CCA #: **1271-14**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____  PC: _____

PUBLISH: _____  DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**